Nat D. Goldberg, Appellant, v. Leon Hamburger, May Hamburger and The Hamburger Company, Appellees.

Gen. No. 45,112.

John G. Phillips, for appellant; Harry G. Fins, of counsel; Heth, Lister & Flynn, for appellees. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.** Opinion filed November 29, 1950; released for publication February 23, 1951.

Emil Tabbert and Ferdinand Tabbert, Appellants, v. Robert W. Guerine, Executor of Estate of Matilda Tabbert, and Florence Haeske, Appellees.

Gen. No. 45,174.

Robert C. Ransom, for appellants; Guerine & Guerine, for appellees; Guy C. Guerine and George N. Guerine, of counsel. Opinion by Presiding Justice Burke. Not to be published in full. Opinion filed November 29, 1950; released for publication February 23, 1951.

Adele Ullmer et al., Plaintiffs, v. Roosevelt Building Corporation and Peter J. Vlahos, Defendants.
Nicholas K. Dranias and Nick Palmer, Appellees, v. Roosevelt Building Corporation and Peter J. Vlahos, Respondents.
Appeal of Peter J. Vlahos, Appellant.
Gen. No. 44,926.

Whitty & McGah, for appellant; Joseph P. McGah and William J. McGah, Jr., of counsel; Myer H. Gladstone, for appellees. Opinion by Justice Lewe. Not to be published in full. Opinion filed November 29, 1950; released for publication February 23, 1951.